**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **LARRY I. MCCLEAN** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | :          **CIVIL ACTION NO. 15-5428** |
| | : |
| **DELAWARE COUNTY HOUSING** | : |
| **AUTHORITY and** | : |
| **PHILADELPHIA HOUSING** | : |
| **AUTHORITY** | : |
| **Defendants.** | : |

_____ :

## ORDER

    **AND NOW**, this 6th day of December 2016, upon consideration of the Motions to

Dismiss of Defendants Delaware County Housing Authority ("DCHA") and Philadelphia

Housing Authority ("PHA"), and Plaintiff's Response, and for the reasons stated in the

accompanying Opinion, it is hereby **ORDERED** as follows:

1. Defendant PHA's Motion to Dismiss is **GRANTED**, and all claims against PHA are
   **DISMISSED with prejudice**.

2. Defendant DCHA's Motion to Dismiss is **DENIED**.

3. Defendant DCHA shall file an Answer to the Second Amended Complaint no later than
   **December 22, 2016**.

   **IT IS SO ORDERED**.

                         **BY THE COURT:**

                         **/s/ Cynthia M. Rufe**
                         _____
                         **CYNTHIA M. RUFE, J.**