# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY I. MCCLEAN**<br>  Plaintiff,<br><br>v.<br><br>**DELAWARE COUNTY HOUSING AUTHORITY,**<br>  Defendant. | **CIVIL ACTION NO. 15-5428** |

## ORDER

**AND NOW,** this 28th day of March 2018, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 44], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. Summary judgment is **GRANTED** with respect to Plaintiff's utility reimbursement claim, and is otherwise **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**