UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY MCCLEAN, | : |
| Plaintiff | : |
| v. | : Civil No. 2:15-05428-CMR |
| DELAWARE COUNTY HOUSING AUTHORITY, | : The Honorable Cynthia M. Rufe |
| Defendant. | : |

**PLAINTIFF'S [PROPOSED] JURY INTERROGATORIES
(SPECIAL VERDICT FORM)**

Plaintiff, Larry McClean, by and through his undersigned counsel, respectfully submits the following [Proposed] Jury Interrogatories (Special Verdict Form) pursuant to the Court's Order (ECF Doc. 70).

Dated: January 7, 2019

Respectfully submitted,

*/s/ James J. Halligan*
James J. Halligan, Esq.
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19106-4196
Tel: 215-979-1187
Fax: 215-979-1020
*Attorneys for Plaintiff
Larry McClean*

## JURY INTERROGATORIES

## SPECIAL VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

QUESTION NO. 1:

Has Plaintiff, Larry McClean, proven that he was participating in a qualified training program during the time period he was receiving unemployment compensation benefits?

_____ YES

_____ NO

If the answer the foregoing question is "YES," please answer Question Nos. 2A and 2B. If the answer the foregoing question is "NO," no further action is required.

QUESTION NO. 2A:

Has the Plaintiff, Larry McClean, proven the following category of compensatory damages:

**Category 1:** Compensatory Damages: $54,330, *broken down as*:

Improperly Withheld Monthly Rent Subsidies ($715/month x 62 months (Nov. 2013-present): $44,330;

Loss of personal belongings: $10,000;

Please state the amount of compensatory damages to be awarded to Mr. McClean in connection with Category #1: _____.


QUESTION NO. 2B:

Has the Plaintiff, Larry McClean, proven the following category of compensatory damages:

**Category 2:** Compensatory Damages: Emotional Distress, Pain & Suffering: in an amount to be determined at trial

Please state the amount of compensatory damages to be awarded to Mr. McClean in connection with Category #2: _____.


SO SAY WE ALL, this _____ day of _____, 2019.

Signed: _____
          Foreperson


*Advise the Deputy Clerk that you have you reached a unanimous verdict.*

3

## CERTIFICATE OF SERVICE

I, James J. Halligan, do hereby certify that on the below-listed date, I caused Plaintiff's [Proposed] Jury Interrogatories (Special Verdict Form) to be filed electronically and served upon all counsel of record by electronic service via the ECF system. Copies are available for viewing and downloading on PACER/ECF.

                                                                                  _/s/ James Halligan_
                                                                                    James Halligan

Dated: January 7, 2019

DM1\9281957.1